McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
(973) 635-6300
Attorneys for Plaintiff Shyam Bhaskar

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHYAM BHASKAR,<br><br>Plaintiff,<br><br>v.<br><br>ATLAS SYSTEMS INC. d/b/a "ATLAS SYSTEMS"; ATLAS PRODUCTIONS, INC. d/b/a "CENTRICITY CUSTOM SOFTWARE SOLUTIONS" and "ATLAS SYSTEMS"; VENUGOPALA CHALAMALA; JOHN DOE INDIVIDUALS 1-10; and JOHN DOE CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No. 09-4913 (FLW)<br><br>STIPULATION OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE<br><br>RECEIVED<br>DEC - 5 2011<br>AT 8:30<br>WILLIAM T. WALSH<br>CLERK |

PLEASE TAKE NOTICE that this matter having been amicably resolved, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) Plaintiff Shyam Bhaskar hereby voluntarily **DISMISSES** this action **WITH PREJUDICE** as against all defendants.

McCUSKER, ANSELMI, ROSEN,
& CARVELLI, P.C.
210 Park Ave., Suite 3101
Florham Park, New Jersey 07932
(973) 635-6300
Attorneys for Plaintiff Shyam Bhaskar

By: /s/ Bruce S. Rosen
Bruce S. Rosen

Dated: DEC. 1, 2011

WINDELS MARX LANE &
MITTENDORF, LLP
104 Carnegie Center, Suite 201
Princeton, New Jersey 08540
(609) 720-0005
Attorneys for Defendants

By: /s/ Jay Samuels
Jay Samuels

Dated: DECEMBER 1, 2011

IT IS SO ORDERED:

/s/ Freda L. Wolfson  12/5/11
FREDA L. WOLFSON, U.S.D.J.